IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| RONALD EVERETT NEWTON | § | |
| VS. | § | CIVIL ACTION NO. 1:12-CV-572 |
| DIRECTOR, TDCJ-CID, ET AL., | § | |

MEMORANDUM ORDER ADOPTING THE MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION

Plaintiff, Ronald Everett Newton, an inmate currently confined at the Mark Stiles Unit with the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se*, filed what appeared to be a civil rights action pursuant to 42 U.S.C. § 1983 against defendants Brad Livingston, Director TDCJ-CID, Michael Roesler, Senior Warden, TDCJ Mark Stiles Unit, and Sergeant James Michael, TDCJ Mark Stiles Unit.

The Court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this Court. The Magistrate Judge recommends plaintiff's voluntary motion to dismiss be granted pursuant to Federal Rule of Civil Procedure 41(a)(1).

The Court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such order, along with the record, and pleadings. No objections to the Report and Recommendation of United States Magistrate Judge were filed by the parties.

ORDER

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct, and the report of the Magistrate Judge is **ADOPTED**. A final judgment will be entered

in this case in accordance with the Magistrate Judge's recommendations.

**SIGNED** this the **28** day of **May, 2013.**

_____
Thad Heartfield
United States District Judge